No. 128. TEXAS & PACIFIC RY. CO. *v.* POTTORFF, RECEIVER. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. T. D. Gresham, Del W. Harrington,* and

610

*M. E. Clinton* for petitioner. *Messrs. H. E. Hackney, Ben R. Howell, Thornton Hardie, F. G. Awalt,* and *George P. Barse* for respondent.